IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
Augusta DIVISION

*[Enter the full name of the plaintiff in this section]*

Louis Willingham Sr.

v.

*[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]*

V.A. Hosp.

Civil Action No. CV115-025
*[to be assigned by Clerk]*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB 17 PM 12: 11
CLERK
SO. DIST. OF GA.

*If allowed by statute, do you wish to have a trial by jury?* *Yes* ✓ *No* ___

*[If any answer requires additional space, please use additional paper and attach hereto]*

I. PREVIOUS LAWSUITS

A. *Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?*

*Yes* ✓ *No* ___

**B.** *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

1. *Parties to this lawsuit:*

   *Plaintiff:* Louis Willingham Sr.

   *Defendant:* VETERANS Affairs VAMC

2. I was Told I had To send it to Office of Regional counsel 1700 Clairmont Rd. Decatur GA. 30033 404-929-5857
   *Court:*
   *(If federal court, name the district; if state court, name the county)*

3. *Docket Number:*

4. *Name(s) of Judge(s) to whom case was assigned:* that was not Ture See Att.

5. *Status of Case:* it was rede down, see Att, Ar reason I had Alen with the United Stats
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. *Date lawsuit was filed:* OCT, 29, 2013

7. *Date of disposition (if concluded):*

**C.** *Do you have any other lawsuit(s) pending in the federal court?*

Yes _____ No ✓

**II. PARTIES**

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

**A.** Name of Plaintiff: Louis Willingham Sr.

Address: 2907 Lich Rd. Augusta, GA. 30909

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

**B.** Name of Defendant: V.A. HosPital MEDICAl CENTER

Address: 1 FreeDOM WAY Augusta, GA. 30910

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

I was told they are not there Anymore and was told where to find them. They know, but will not tell me.

III. **STATEMENT OF CLAIM**

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

VA, DR. SAID 'BLISTER ON LITTLE TOE OF RIGHT FOOT', REFUSED TO GIVE ANTI BIOTICS TO ME, GAVE ME RED MUD CREAM, ~~[illegible]~~ SON TOOK ME BACK TO VA DR. VARIOUS OINTMENTS. WENT BACK TO THE VA DR. SAID LITTLE TOE NEEDS TO BE AMPUTATED I QUESTIONED IT, VA SAID ONLY AMPUTATE LITTLE TOE OF RIGHT FOOT. I WOKE UP FROM SURGERY AND THE VA HAD AMPUTATED RT. FOOT FROM MID-CALF DOWN. I TOLD THE VA DR. TO ~~[illegible]~~ LEAVE ME ALONE BUT THEY CUT LEG AGAIN TO JUST BELOW THE RIGHT KNEE.

OVER →

FOOT NOTE.

A FEW WEEKS AFTER FACIAL SCAR, PARAMEDICS TOOK ME TO MCG HOSPITAL, NOW GRU HOSPITAL. I WAS IN ACOMA AND MY HEART STOPPED BEATING ON THE WAY TO HOSPITAL. THEY SHOCKED ME TWICE, I CAME TO. THEN LATER THEY SHOOKED ME 3 TIMES THEY WERE NOT GOING TO SHOCK ME AGAIN. [illegible] THEN I WENT TO A BETTER CARE HOME. I WANT A TRIAL, SEE ENCLOSED.

III. **STATEMENT OF CLAIM** - *continued.*

DAUGHTER MADE DR AT VA DOWNTOWN AUGUSTA RELEASE HIM. CUT RT LEG TOTAL OF 3 TIMES (SEE ENCLOSED RECORDS). 3 DAYS LATER, STILL AT VA THEY GAVE ME MRSA WHICH NOW WAS A TOTAL OF 3 MRSA DOSES AT 3 DIFFERENT OCCASIONS. IN ENCLOSED RECORDS I AM ALLERGIC TO MRSA.

THEY GAVE ME MORPHINE 38 TIMES, (SEE ENCLOSED RECORDS), THE VA CLAIMED THEY ONLY GAVE ME 2 MORPHINE DOSES. RESULT PARANOIA, HALLUCINATIONS DELUSIONS I WAS AT NURSING HOME. I HAVE RECORDS IS TO HAVE ALLERGIC PROBLEMS TO MORPHINE. PLACED IN ROUGH CARE HOME WITH LEG MISSING CAUSING PAIN AND SUFFERING. VA DR. STILL WOULD NOT TREAT BLISTERS, UNTIL I PROTESTED, THEN MEDS TOOK BLISTERS AS DICTATED TO BERT JOHNSON WELL, BERT BY LOUIS WILLINGHAM.

[signature]

**IV. RELIEF.**

*State briefly and exactly what you want this court to do for you.*

I, LOUIS WILLINGHAM, WANT A LUMP SUM SETTLEMENT FROM THE VA FOR TREATMENT AT THE DOWNTOWN AUGUSTA VA FOR: PARANOIA HALLUCINATIONS; LOSS OF LIMB, I.E. RIGHT LEG; PAIN + SUFFERING; TIME CONSUMED; TRANSPORTATION; LEGAL FEES; MEDICAL BILLS; I WAS PUT IN A COMA BY ALLERGIC REACTION TO MRSA + MORPHINE; 2½ INCH FOREHEAD SCAR CAUSED BY FALL AS AMPUTEE W/ TRAUMATIC HALLUCINATORY

*I declare under penalty of perjury that the foregoing is true and correct.*

**Signed this** 16TH **day of** FEBRUARY 2015

[signature]

*Signature of Plaintiff*

2907 WHEELER RD.
AUGUSTA GA
30909
**Address**

706-726-9425
**Phone Number**