IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LOUIS WILLINGHAM, SR.,     *
                                 *
     Plaintiff,            *
                                 *
v.                             *     CV 115-025
                                 *
UNITED STATES OF AMERICA,     *
                                 *
     Defendant.           *

## O R D E R

On January 31, 2017, the parties notified the Court that they reached a compromise in this case. (Doc. 58.) In their notice, they ask that the Court stay all deadlines pending the execution of a final settlement agreement. The Court **GRANTS** that request. All deadlines in this case are thus **STAYED**. The parties are instructed to file a joint status report updating the Court on their progress **within forty-five days from the date of this Order.**

**ORDER ENTERED** at Augusta, Georgia this 3rd day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA